AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF    NEVADA

RODGER EINSTEIN HAYWARD,

    Petitioner,        JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER:  **3:14-cv-00246-RCJ-VPC**

WARDEN LEGRAND, et al.,

    Respondents.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

  July 31, 2014                                           **LANCE S. WILSON**
                                                                                      Clerk

                                                                                  /s/ D. R. Morgan
                                                                                      Deputy Clerk